CONFORMED COPY

Frank L. Bernstein (SBN 189504)
fbernstein@kenyon.com
KENYON & KENYON LLP
333 West San Carlos Street, Suite 600
San Jose, California 95110
Tel.: (408) 975-7500
Fax: (408) 975-7501

ABELSON | HERRON LLP
Michael Bruce Abelson (State Bar No. 130739)
Heather L. Mayer (State Bar No. 210544)
333 South Grand Avenue, Suite 1550
Los Angeles, California 90071-1559
Telephone: 213.402.1900
Facsimile: 213.402.1901
mabelson@abelsonherron.com
hmayer@abelsonherron.com

Attorneys for Plaintiff
j2 Global Communications, Inc.

FILED 2009 AUG 28 PM 2:53 CLERK U.S. DISTRICT COURT CENTRAL DIST. CALIF. LOS ANGELES BY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| j2 Global Communications, Inc., <br><br> Plaintiff, <br><br> v. <br><br> Zilker Ventures, LLC, <br><br> Defendant. | Civil Action No. CV09-06300CBM (Ex) <br><br> COMPLAINT FOR PATENT INFRINGEMENT <br><br> DEMAND FOR JURY TRIAL |

**Plaintiff's Complaint for Patent Infringement**

Plaintiff j2 Global Communications, Inc. ("j2") hereby alleges for its Complaint against Defendant Zilker Ventures, LLC ("Zilker" or "Defendant"), on personal knowledge as to its own activities and on information and belief as to the activities of others, as follows:

## I.  PARTIES

1. j2 is a corporation organized under the laws of the State of Delaware with its principal place of business at 6922 Hollywood Boulevard, Suite 500, Los Angeles, California, 90028. j2 provides messaging and communications services to millions of customers around the world.

2. Upon information and belief, Zilker is a limited liability company organized under the laws of the State of Texas with its principal place of business at 401 Congress Ave., Suite 1540, Austin, Texas, 78701. Upon information and belief, Zilker operates a website, www.faxcompare.com ("FaxCompare"), that provides services to individuals and consumers around the world, including the United States, the State of California and, more particularly, the Central District of California. Upon information and belief, Zilker's FaxCompare service provides information that directs users, *inter alia*, to sign up with providers of internet fax services, whose subscribers send and receive faxes via e-mail and/or the Internet. These providers of internet fax services directly infringe one or more patents owned by j2. In fact, j2 has sued several of these internet fax service providers for patent infringement. These lawsuits, listed below, all are pending in this judicial district, and all relate to one or more of United States Patent Nos. 6,597,688 ("the '688 Patent"), 7,020,132 ("the '132 Patent"), 6,350,066 ("the '066 Patent"), or 6,208,638 ("the '638 Patent"):

//
//
//

| Service | Company | Case No(s). | Patent(s) |
|---|---|---|---|
| MyFax | Protus IP Solutions | 05cv5610 and 09cv4146 | '638, '688, '066, '132 |
| TrustFax | Comodo Communications | 09cv4197 | '688, '132 |
| Packetel | Packetel | 09cv3240 | '638 |
| Venali | Venali Inc. | 04cv1172 | '638, '688, '066, '132 |
| OneSuite | OneSuite Corporation | 09cv4014 | '638, '688, '066, '132 |

3. Thus Zilker, through its FaxCompare service, is intentionally directing potential customers to infringing services. Upon information and belief, Zilker receives payment from one or more of the providers of internet fax services based upon the number of referrals generated by Zilker's FaxCompare service.

## II.  JURISDICTION AND VENUE

4. This is an action for patent infringement arising under the patent laws of the United States, Title 35 of the United States Code. Accordingly, this Court has subject matter jurisdiction pursuant to 28 U.S.C. §§ 1331 and 1338(a).

5. As detailed in paragraph 2 above, Zilker regularly and deliberately engages in activities that occur in and/or result in the sales of goods and/or services in the State of California and in this judicial district, which activities result in infringement of United States patents owned by j2. This Court has personal jurisdiction over Zilker.

6. Venue is proper in this district pursuant to 28 U.S.C. §§ 1391 and 1400(b).

## III.  CAUSES OF ACTION

### Count 1 - Infringement of U.S. Patent No. 6,597,688

7. j2 repeats and realleges the allegations of paragraphs 1 through 6 of the Complaint as if fully set forth herein.

8. United States Patent No. 6,597,688, entitled "Scalable Architecture for Transmission of Messages over a Network" (hereafter "the '688 Patent"), was duly and legally issued on July 22, 2003, to Anand Narasimhan, Yaacov Shemesh and Amit Kumar. The '688 Patent underwent reexamination, and a reexamination certificate issued March 11, 2008. A true and correct copy of the '688 Patent and the reexamination certificate are attached hereto as Exhibit A.

9. The '688 Patent has been in full force and effect since its issuance, and since the issuance of the reexamination certificate. j2 owns by assignment the entire right, title and interest in and to the '688 Patent, including the right to sue for past, present, and future infringements thereof.

10. Zilker has actively induced others to infringe one or more claims of the '688 Patent in violation of 35 U.S.C. § 271(b). Zilker has committed acts of inducing infringement by actively and knowingly aiding and abetting the direct infringement of the '688 Patent by third parties, with knowledge of the '688 Patent and the specific intent to induce infringement of the '688 Patent, by providing services within the United States, including, but not limited to, Zilker's FaxCompare service.

11. Zilker's FaxCompare service allows users to sign up with providers of internet fax services, which allow subscribers to send and receive faxes from e-mail and the Internet, and Zilker thereby intentionally directs potential customers to infringing services.

12. Zilker's activities have been without express, or implied, license by j2.

13. Zilker will continue to induce infringement of the '688 Patent unless enjoined by this Court. As a result of the infringing conduct of Zilker, j2 has suffered, and will continue to suffer, irreparable harm for which there is no adequate remedy at law. Accordingly, j2 is entitled to temporary, preliminary, and/or permanent injunctive relief against such infringement pursuant to 35 U.S.C. § 283.

14. As a result of Zilker's inducement of infringement of the '688 Patent, j2 has been damaged, and will be further damaged, and is entitled to be compensated for such damages pursuant to 35 U.S.C. § 284 in an amount that presently cannot be ascertained, but that will be determined at trial.

### Count 2 - Infringement of U.S. Patent No. 7,020,132

15. j2 repeats and realleges the allegations of paragraphs 1 through 6 of the Complaint as if fully set forth herein.

16. United States Patent No. 7,020,132, entitled "Scalable Architecture for Transmission of Messages over a Network" (hereafter "the '132 Patent"), was duly and legally issued on March 28, 2006, to Anand Narasimhan, Yaacov Shemesh and Amit Kumar. A true and correct copy of the '132 Patent is attached hereto as Exhibit B.

17. The '132 Patent has been in full force and effect since its issuance. j2 owns by assignment the entire right, title and interest in and to the '132 Patent, including the right to sue for past, present, and future infringements thereof.

18. Zilker has actively induced others to infringe one or more claims of the '132 Patent in violation of 35 U.S.C. § 271(b). Zilker has committed acts of inducing infringement by actively and knowingly aiding and abetting the direct infringement of the '132 Patent by third parties, with knowledge of the '132 Patent and the specific intent to induce infringement of the '132 Patent, by providing services within the United States, including, but not limited to, Zilker's FaxCompare service.

19. Zilker's FaxCompare service allows users to sign up with providers of internet fax services, which allow subscribers to send and receive faxes from e-mail and the Internet, and Zilker thereby intentionally directs potential customers to infringing services.

20. Zilker's activities have been without express, or implied, license by j2.

21. Zilker will continue to induce infringement of the '132 Patent unless enjoined by this Court. As a result of the infringing conduct of Zilker, j2 has suffered, and will continue to suffer, irreparable harm for which there is no adequate remedy at law. Accordingly, j2 is entitled to temporary, preliminary, and/or permanent injunctive relief against such infringement pursuant to 35 U.S.C. § 283.

22. As a result of Zilker's inducement of infringement of the '132 Patent, j2 has been damaged, and will be further damaged, and is entitled to be compensated for such damages pursuant to 35 U.S.C. § 284 in an amount that presently cannot be ascertained, but that will be determined at trial.

### Count 3 - Infringement of U.S. Patent No. 6,350,066

23. j2 repeats and realleges the allegations of paragraphs 1 through 6 of the Complaint as if fully set forth herein.

24. United States Patent No. 6,350,066, entitled "Systems and Methods for Storing, Delivering, and Managing Messages" (hereafter "the '066 Patent"), was duly and legally issued on February 26, 2002, to Charles R. Bobo, II. The '066 Patent underwent reexamination, and a reexamination certificate issued May 5, 2009. A true and correct copy of the '066 Patent and the reexamination certificate are attached hereto as Exhibit C.

25. The '066 Patent has been in full force and effect since its issuance. j2 owns by assignment the entire right, title and interest in and to the '066 Patent, including the right to sue for past, present, and future infringements thereof.

26. Zilker has actively induced others to infringe one or more claims of the '066 Patent in violation of 35 U.S.C. § 271(b). Zilker has committed acts of inducing infringement by actively and knowingly aiding and abetting the direct infringement of the '066 Patent by third parties, with knowledge of the '066 Patent and the specific intent to induce infringement of the '066 Patent, by providing

services within the United States, including, but not limited to, Zilker's FaxCompare service.

27. Zilker's FaxCompare service allows users to sign up with providers of internet fax services, which allow subscribers to send and receive faxes from e-mail and the Internet, and Zilker thereby intentionally directs potential customers to infringing services.

28. Zilker's activities have been without express, or implied, license by j2.

29. Zilker will continue to induce infringement of the '066 Patent unless enjoined by this Court. As a result of the infringing conduct of Zilker, j2 has suffered, and will continue to suffer, irreparable harm for which there is no adequate remedy at law. Accordingly, j2 is entitled to temporary, preliminary, and/or permanent injunctive relief against such infringement pursuant to 35 U.S.C. § 283.

30. As a result of Zilker's inducement of infringement of the '066 Patent, j2 has been damaged, and will be further damaged, and is entitled to be compensated for such damages pursuant to 35 U.S.C. § 284 in an amount that presently cannot be ascertained, but that will be determined at trial.

### Count 4 - Infringement of U.S. Patent No. 6,208,638

31. j2 repeats and realleges the allegations of paragraphs 1 through 6 of the Complaint as if fully set forth herein.

32. United States Patent No. 6,208,638, entitled "Method and Apparatus for Transmission and Retrieval of Facsimile and Audio Messages Over a Circuit or Packet Switched Network" (hereafter "the '638 Patent"), was duly and legally issued on March 27, 2001, to Jack Rieley and Jaye Muller. The '638 Patent underwent reexamination, and a reexamination certificate issued December 9, 2008. A true and correct copy of the '638 Patent and the reexamination certificate are attached hereto as Exhibit D.

33. The '638 Patent has been in full force and effect since its issuance, and since the issuance of the reexamination certificate. j2 owns by assignment the entire right, title and interest in and to the '638 Patent, including the right to sue for past, present, and future infringements thereof.

34. Zilker has actively induced others to infringe one or more claims of the '638 Patent in violation of 35 U.S.C. § 271(b). Zilker has committed acts of inducing infringement by actively and knowingly aiding and abetting the direct infringement of the '638 Patent by third parties, with knowledge of the '638 Patent and the specific intent to induce infringement of the '638 Patent, by providing services within the United States, including, but not limited to, Zilker's FaxCompare.

35. Zilker's FaxCompare allows users to sign up with providers of internet fax services, which allow subscribers to send and receive faxes from e-mail and the Internet, and Zilker thereby intentionally directs potential customers to infringing services.

36. Zilker's activities have been without express, or implied, license by j2.

37. Zilker will continue to induce infringement of the '638 Patent unless enjoined by this Court. As a result of the infringing conduct of Zilker, j2 has suffered, and will continue to suffer, irreparable harm for which there is no adequate remedy at law. Accordingly, j2 is entitled to temporary, preliminary, and/or permanent injunctive relief against such infringement pursuant to 35 U.S.C. § 283.

38. As a result of Zilker's inducement of infringement of the '638 Patent, j2 has been damaged, and will be further damaged, and is entitled to be compensated for such damages pursuant to 35 U.S.C. § 284 in an amount that presently cannot be ascertained, but that will be determined at trial.

## IV.   PRAYER FOR RELIEF

WHEREFORE, j2 prays for entry of judgment against Zilker as follows:

A. That Zilker has induced infringement of the '688, '132, '066, and '638 Patents under 35 U.S.C. § 271(b);

B. That injunctions, preliminary and permanent, be issued by this Court restraining Zilker, its respective officers, agents, servants, directors, and employees, and all persons in active concert or participation with Zilker, from inducing the infringement by others of the '688, '132, '066, and '638 Patents;

C. That Zilker be required to provide j2 an accounting of all gains, profits and advantages derived by Zilker's inducement to infringe the '688, '132, '066, and '638 Patents, and that j2 be awarded damages adequate to compensate j2 for the wrongful infringing acts by Zilker, in accordance with 35 U.S.C. § 284;

F. That j2 be awarded its interest and costs of suit incurred in this action; and

G. That j2 be awarded such other and further relief as this Court may deem just and proper.

## DEMAND FOR JURY TRIAL

Pursuant to Federal Rule of Civil Procedure 38(b), j2 hereby demands a jury trial for all issues in this case that properly are subject to a jury trial.

Dated: August 28, 2009         Respectfully submitted,

KENYON & KENYON LLP
Frank L. Bernstein
ABELSON | HERRON LLP
Michael Bruce Abelson
Heather L. Mayer

By: _____
Heather L. Mayer
Attorneys for Plaintiff
j2 GLOBAL COMMUNICATIONS, INC.

## DEMAND FOR JURY TRIAL

Pursuant to Federal Rule of Civil Procedure 38(b) and the Local Rules of this Court, j2 Global Communications, Inc. hereby demands a jury trial for all issues in this case that properly are subject to a jury trial.

Dated:   August 28, 2009          Respectfully submitted,

KENYON & KENYON LLP
Frank L. Bernstein
ABELSON | HERRON LLP
Michael Bruce Abelson
Heather L. Mayer

By: *Heather Mayer*
Heather L. Mayer
Attorneys for Plaintiff
j2 GLOBAL COMMUNICATIONS, INC.

# NOTICE OF ASSIGNMENT OF MAGISTRATE JUDGE FOR DISCOVERY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

**NOTICE OF ASSIGNMENT TO UNITED STATES MAGISTRATE JUDGE FOR DISCOVERY**

This case has been assigned to District Judge Consuelo B. Marshall and the assigned discovery Magistrate Judge is Charles Eick.

The case number on all documents filed with the Court should read as follows:

### CV09- 6300 CBM (Ex)

Pursuant to General Order 05-07 of the United States District Court for the Central District of California, the Magistrate Judge has been designated to hear discovery related motions.

All discovery related motions should be noticed on the calendar of the Magistrate Judge

==========================================================

**NOTICE TO COUNSEL**

*A copy of this notice must be served with the summons and complaint on all defendants (if a removal action is filed, a copy of this notice must be served on all plaintiffs).*

Subsequent documents must be filed at the following location:

| | | |
|---|---|---|
| [X] **Western Division**<br>312 N. Spring St., Rm. G-8<br>Los Angeles, CA 90012 | [ ] **Southern Division**<br>411 West Fourth St., Rm. 1-053<br>Santa Ana, CA 92701-4516 | [ ] **Eastern Division**<br>3470 Twelfth St., Rm. 134<br>Riverside, CA 92501 |

Failure to file at the proper location will result in your documents being returned to you.

---

CV-18 (03/06)    NOTICE OF ASSIGNMENT TO UNITED STATES MAGISTRATE JUDGE FOR DISCOVERY

# SUMMONS

ABELSON | HERRON, LLP
Michael Bruce Abelson (SBN: 130739)
Heather L. Mayer (SBN: 210544)
333 South Grand Avenue, Suite 1550
Los Angeles, California 90071
Tel: (213) 402-1900; Fax: (213) 402-1901

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| j2 Global Communications, Inc., | CASE NUMBER |
|---|---|
| PLAINTIFF(S) v. | CV09-06300 CBM (Ex) |
| Zilker Ventures, LLC, | |
| DEFENDANT(S) | SUMMONS |

TO: DEFENDANT(S): _____Zilker Ventures, LLC_____

A lawsuit has been filed against you.

Within __20__ days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached ☑ complaint ☐ _____ amended complaint ☐ counterclaim ☐ cross-claim or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff's attorney, _____Heather L. Mayer_____, whose address is ABELSON|HERRON, LLP 333 South Grand Ave., Suite 1550, Los Angeles, CA 90071. If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Clerk, U.S. District Court

Dated: ____August 28, 2009____   By: _____
                                      Deputy Clerk

(Seal of the Court)

*[Use 60 days if the defendant is the United States or a United States agency or is an officer or employee of the United States. Allowed 60 days by Rule 12(a)(3)].*

ABELSON | HERRON, LLP
   Michael Bruce Abelson (SBN: 130739)
   Heather L. Mayer (SBN: 210544)
333 South Grand Avenue, Suite 1550
Los Angeles, California 90071
Tel: (213) 402-1900; Fax: (213) 402-1901

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| j2 Global Communications, Inc., | CASE NUMBER |
|---|---|
| PLAINTIFF(S) | **CV09-06300** CBM (Ex) |
| v. | |
| Zilker Ventures, LLC, | **SUMMONS** |
| DEFENDANT(S). | |

TO:   DEFENDANT(S): _____ Zilker Ventures, LLC _____

A lawsuit has been filed against you.

Within __20__ days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached ☑ complaint ☐ _____ amended complaint ☐ counterclaim ☐ cross-claim or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff's attorney, ___Heather L. Mayer___, whose address is ABELSON|HERRON, LLP 333 South Grand Ave., Suite 1550, Los Angeles, CA 90071. If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Clerk, U.S. District Court

**LA'REE HORN**

Dated: ___August 28, 2009___     By: _____
                                                      Deputy Clerk

(Seal of the Court)

*[Use 60 days if the defendant is the United States or a United States agency, or is an officer or employee of the United States. Allowed 60 days by Rule 12(a)(3)].*

# CIVIL COVER SHEET

UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA
CIVIL COVER SHEET

**I (a) PLAINTIFFS** (Check box if you are representing yourself ☐)

j2 Global Communications Inc

**DEFENDANTS**

Zilker Ventures LLC

**(b) Attorneys** (Firm Name Address and Telephone Number If you are representing yourself, provide same)

ABELSON | HERRON LLP
Michael Bruce Abelson (SBN: 130739); Heather L Mayer (SBN: 210544)
333 South Grand Avenue Suite 1550 Los Angeles, California 90071

**Attorneys** (If Known)

N/A

**II. BASIS OF JURISDICTION** (Place an X in one box only)

☐ 1 U.S. Government Plaintiff
☒ 3 Federal Question (U.S. Government Not a Party)
☐ 2 U.S. Government Defendant
☐ 4 Diversity (Indicate Citizenship of Parties in Item III)

**III. CITIZENSHIP OF PRINCIPAL PARTIES** - For Diversity Cases Only
(Place an X in one box for plaintiff and one for defendant)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business in this State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business in Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

**IV. ORIGIN** (Place an X in one box only)

☒ 1 Original Proceeding
☐ 2 Removed from State Court
☐ 3 Remanded from Appellate Court
☐ 4 Reinstated or Reopened
☐ 5 Transferred from another district (specify):
☐ 6 Multi-District Litigation
☐ 7 Appeal to District Judge from Magistrate Judge

**V. REQUESTED IN COMPLAINT: JURY DEMAND:** ☒ Yes ☐ No (Check 'Yes' only if demanded in complaint)
**CLASS ACTION under F.R.C.P. 23:** ☐ Yes ☒ No  ☒ MONEY DEMANDED IN COMPLAINT: $ preliminary injunctions, others

**VI. CAUSE OF ACTION** (Cite the U.S. Civil Statute under which you are filing and write a brief statement of cause Do not cite jurisdictional statutes unless diversity)
35 U.S.C. §§ 271(b), 283, 284 - Infringement of U.S. Patent Nos. 6,597,688; 7,020,132; 6,350,066; and 6,208,638

**VII. NATURE OF SUIT** (Place an X in one box only.)

| OTHER STATUTES | CONTRACT | TORTS PERSONAL INJURY | TORTS PERSONAL PROPERTY | PRISONER PETITIONS | LABOR |
|---|---|---|---|---|---|
| ☐ 400 State Reapportionment | ☐ 110 Insurance | ☐ 310 Airplane | ☐ 370 Other Fraud | ☐ 510 Motions to Vacate Sentence Habeas Corpus | ☐ 710 Fair Labor Standards Act |
| ☐ 410 Antitrust | ☐ 120 Marine | ☐ 315 Airplane Product Liability | ☐ 371 Truth in Lending | | ☐ 720 Labor/Mgmt Relations |
| ☐ 430 Banks and Banking | ☐ 130 Miller Act | ☐ 320 Assault, Libel & Slander | ☐ 380 Other Personal Property Damage | ☐ 530 General | ☐ 730 Labor/Mgmt Reporting & Disclosure Act |
| ☐ 450 Commerce/ICC Rates/etc | ☐ 140 Negotiable Instrument | | | ☐ 535 Death Penalty | |
| ☐ 460 Deportation | ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 330 Fed Employers Liability | ☐ 385 Property Damage Product Liability | ☐ 540 Mandamus/ Other | ☐ 740 Railway Labor Act |
| ☐ 470 Racketeer Influenced and Corrupt Organizations | | ☐ 340 Marine | BANKRUPTCY | ☐ 550 Civil Rights | ☐ 790 Other Labor Litigation |
| ☐ 480 Consumer Credit | ☐ 151 Medicare Act | ☐ 345 Marine Product Liability | ☐ 422 Appeal 28 USC 158 | ☐ 555 Prison Condition | ☐ 791 Empl Ret Inc Security Act |
| ☐ 490 Cable/Sat TV | ☐ 152 Recovery of Defaulted Student Loan (Excl Veterans) | ☐ 350 Motor Vehicle | ☐ 423 Withdrawal 28 USC 157 | FORFEITURE / PENALTY | PROPERTY RIGHTS |
| ☐ 810 Selective Service | | ☐ 355 Motor Vehicle Product Liability | CIVIL RIGHTS | ☐ 610 Agriculture | ☐ 820 Copyrights |
| ☐ 850 Securities/Commodities/ Exchange | ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 360 Other Personal Injury | ☐ 441 Voting | ☐ 620 Other Food & Drug | ☒ 830 Patent |
| ☐ 875 Customer Challenge 12 USC 3410 | ☐ 160 Stockholders' Suits | ☐ 362 Personal Injury- Med Malpractice | ☐ 442 Employment | ☐ 625 Drug Related Seizure of Property 21 USC 881 | ☐ 840 Trademark |
| ☐ 890 Other Statutory Actions | ☐ 190 Other Contract | | ☐ 443 Housing/Acco- mmodations | | SOCIAL SECURITY |
| ☐ 891 Agricultural Act | ☐ 195 Contract Product Liability | ☐ 365 Personal Injury- Product Liability | ☐ 444 Welfare | | ☐ 861 HIA (1395ff) |
| ☐ 892 Economic Stabilization Act | ☐ 196 Franchise | ☐ 368 Asbestos Personal Injury Product Liability | ☐ 445 American with Disabilities - Employment | ☐ 630 Liquor Laws | ☐ 862 Black Lung (923) |
| ☐ 893 Environmental Matters | REAL PROPERTY | | | ☐ 640 R.R. & Truck | ☐ 863 DIWC/DIWW (405(g)) |
| ☐ 894 Energy Allocation Act | ☐ 210 Land Condemnation | IMMIGRATION | | ☐ 650 Airline Regs | ☐ 864 SSID Title XVI |
| ☐ 895 Freedom of Info Act | ☐ 220 Foreclosure | ☐ 462 Naturalization Application | ☐ 446 American with Disabilities - Other | ☐ 660 Occupational Safety /Health | ☐ 865 RSI (405(g)) |
| ☐ 900 Appeal of Fee Determi- nation Under Equal Access to Justice | ☐ 230 Rent Lease & Ejectment | | | ☐ 690 Other | FEDERAL TAX SUITS |
| | ☐ 240 Torts to Land | ☐ 463 Habeas Corpus- Alien Detainee | ☐ 440 Other Civil Rights | | ☐ 870 Taxes (U.S. Plaintiff or Defendant) |
| ☐ 950 Constitutionality of State Statutes | ☐ 245 Tort Product Liability | ☐ 465 Other Immigration Actions | | | ☐ 871 IRS-Third Party 26 USC 7609 |
| | ☐ 290 All Other Real Property | | | | |

**CV09-06300**

FOR OFFICE USE ONLY: Case Number: _____

AFTER COMPLETING THE FRONT SIDE OF FORM CV-71, COMPLETE THE INFORMATION REQUESTED BELOW.

CV-71 (05/08)                           CIVIL COVER SHEET                           Page 1 of 2

UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA
CIVIL COVER SHEET

**VIII(a). IDENTICAL CASES:** Has this action been previously filed in this court and dismissed remanded or closed? ☑ No ☐ Yes
If yes. list case number(s): _____

**VIII(b). RELATED CASES:** Have any cases been previously filed in this court that are related to the present case? ☐ No ☑ Yes
If yes, list case number(s): 04-1172 DDP (AJWx); 05-5610 DDP (AJWx); 09-4150 DDP (AJWx); 09-4189 DDP (AJWx); 09-4197 DDP (AJWx); 09-4146 DDP (AJWx); 09-4014 DDP (AJWx); and 09-3240 DDP (AJWx)

Civil cases are deemed related if a previously filed case and the present case:
(Check all boxes that apply)  ☐ A Arise from the same or closely related transactions, happenings or events; or
☑ B Call for determination of the same or substantially related or similar questions of law and fact; or
☑ C For other reasons would entail substantial duplication of labor if heard by different judges; or
☑ D Involve the same patent trademark or copyright and one of the factors identified above in a b or c also is present

**IX. VENUE:** (When completing the following information use an additional sheet if necessary)

(a) List the County in this District; California County outside of this District; State if other than California; or Foreign Country in which EACH named plaintiff resides
☐ Check here if the government, its agencies or employees is a named plaintiff. If this box is checked, go to item (b).

| County in this District:* | California County outside of this District; State, if other than California; or Foreign Country |
|---|---|
| Los Angeles | N/A |

(b) List the County in this District; California County outside of this District; State if other than California; or Foreign Country in which EACH named defendant resides
☐ Check here if the government, its agencies or employees is a named defendant. If this box is checked, go to item (c).

| County in this District:* | California County outside of this District; State, if other than California; or Foreign Country |
|---|---|
| N/A | Austin, TX |

(c) List the County in this District; California County outside of this District; State if other than California; or Foreign Country in which EACH claim arose
Note: In land condemnation cases, use the location of the tract of land involved.

| County in this District:* | California County outside of this District; State, if other than California; or Foreign Country |
|---|---|
| Los Angeles | N/A |

* Los Angeles, Orange, San Bernardino, Riverside, Ventura, Santa Barbara, or San Luis Obispo Counties
Note: In land condemnation cases, use the location of the tract of land involved

X SIGNATURE OF ATTORNEY (OR PRO PER): _Heather Mayer_ Date August, 28, 2009

Notice to Counsel/Parties: The CV-71 (JS-44) Civil Cover Sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law This form approved by the Judicial Conference of the United States in September 1974, is required pursuant to Local Rule 3-1 is not filed but is used by the Clerk of the Court for the purpose of statistics venue and initiating the civil docket sheet (For more detailed instructions see separate instructions sheet)

Key to Statistical codes relating to Social Security Cases:

| Nature of Suit Code | Abbreviation | Substantive Statement of Cause of Action |
|---|---|---|
| 861 | HIA | All claims for health insurance benefits (Medicare) under Title 18, Part A of the Social Security Act as amended Also, include claims by hospitals. skilled nursing facilities, etc, for certification as providers of services under the program (42 U S C 1935FF(b)) |
| 862 | BL | All claims for 'Black Lung' benefits under Title 4 Part B of the Federal Coal Mine Health and Safety Act of 1969 (30 U S C 923) |
| 863 | DIWC | All claims filed by insured workers for disability insurance benefits under Title 2 of the Social Security Act as amended; plus all claims filed for child's insurance benefits based on disability (42 U S C 405(g)) |
| 863 | DIWW | All claims filed for widows or widowers insurance benefits based on disability under Title 2 of the Social Security Act, as amended (42 U S C 405(g)) |
| 864 | SSID | All claims for supplemental security income payments based upon disability filed under Title 16 of the Social Security Act, as amended |
| 865 | RSI | All claims for retirement (old age) and survivors benefits under Title 2 of the Social Security Act, as amended (42 U.S.C. (g)) |